UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98-CR-00307-RJC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | |
| COREY HERRON, | ) | |
| Defendant | ) | |
| | ) | |

To the Honorable Robert J. Conrad Jr., for the Western District of North Carolina:

The Defendant, Corey Herron, through Counsel, moves the Court for a Continuance of the scheduled date, docketed for the September 27, 2013 session, for the following reasons:

1. The defendant's attorney has a very personal family matter scheduled for September 26th and 27th, defendant's attorney would be available the next week if the Court would reschedule.

2. The defendant has another matter pending in this Court, case 3:12-CR-00388-RJC and is cooperating with the government.

3. The matter scheduled for September 27, 2013 is for sentencing in the revocation of supervised release in the 3:98-CR-00307-RJC and it seems to be more efficient use of Court time to do both matters at the same time.

4. AUSA Steven Kaufman does not object to the continuance

5. The undersigned states this Motion is made in good faith and not for the purpose of unnecessary delay.

6. The defendant is aware of the Motion and consents.

WHEREFORE, the Defendant moves the Court that this matter be continued from the September 27, 2013 docket and rescheduled to another date.

This the _____ day of September 2013.

                s/Edward D. Seltzer
                NC Bar# 9458
                128-C North McDowell Street
                Charlotte, North Carolina, 28204
                704-344-8226
                Attorney for the Defendant